IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | PO 18-5056-BLG-TJC |
|---|---|
| Plaintiff, | Violation No. 6610142 |
| vs. | Location Code: M14 |
| SOLOMON G. DEMONTINEY, | ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE AND QUASHING BENCH WARRANT |
| Defendant. | |

Upon motion of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the motion to dismiss Violation Notice 6610142 with prejudice is GRANTED. (Doc. 6.) This matter is dismissed, with prejudice as fully adjudicated.

IT IS FURTHER ORDERED that the warrant issued on October 3, 2018 for Solomon G. Demontiney regarding Violation No. 6610142 shall be QUASHED. The Clerk of Court is directed to notify the U.S. Marshals Service of this Order immediately.

DATED this 17th day of October, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge